ACCEPTED
06-15-00037-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/7/2015 1:16:49 PM
DEBBIE AUTREY
CLERK

No. 06-15-00037-CV

IN THE COURT OF APPEALS
FOR THE SIXTH DISTRICT OF TEXAS
TEXARKANA, TEXAS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/7/2015 1:16:49 PM
DEBBIE AUTREY
Clerk

MICHAEL D. LEE,

*Appellant,*

vs.

THE ROGERS AGENCY, C. MICHAEL RODGERS, AND
NEW YORK LIFE INSURANCE COMPANY,

*Appellees.*

On Appeal from the 124th Judicial District Court
Gregg County, Texas
Cause No. 2014-0615-B

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE APPELLEE BRIEF

**TO THE HONORABLE COURT OF APPEALS:**

COME NOW THE ROGERS AGENCY and C. MICHAEL ROGERS (collectively "Appellees"), pursuant to Texas Rule of Appellate Procedure 38.6(d), and file their Motion for Extension of Time to File Appellee Brief. In support of the same, Appellees would respectfully show the Court the following:

2153341v.1

1.     On August 25, 2015, the Court set September 24, 2015, as the deadline for Appellant Michael D. Lee ("Appellant") to file his Appellant Brief. Appellant filed an unopposed motion for a 30-day extension of time to file his brief, and the Court reset the deadline for filing his brief to October 26, 2015.

2.     On October 26, 2015, Appellant filed his second motion for an extension of time to file his brief, this time requesting a 14-day extension of time to file his Appellant Brief. The Court reset the deadline for the filing of his brief to November 9, 2015. Subsequently, Appellant filed his brief, and the Court set the deadline for Appellees' brief to December 9, 2015.

3.     Appellees request a 9-day extension of time for filing their brief, making their new deadline December 18, 2015. The undersigned counsel for Appellees has other commitments necessitating this extension, including but not limited to the following:

   a. Prepared for and attended depositions in Cause No. 2013CI11730, *Dr. Tuhin Chaudhuri v. David Scher, et al*, pending in 407th Judicial District Court in Bexar County, Texas;

   b. Prepared for and took the deposition of Richard Toussaint, Jr. in No. 153-280253-15, *Stratus Anesthesia Associates Forth Worth PLLC f/k/a Ascendant Anesthesia Fort Worth, PLLC v. Aaron Shiraz, M.D. and Trinity Anesthesia Professionals, PLLC*, pending in the 153rd Judicial District Court of Tarrant County, Texas;

   c. Planning for and attending the hearing on Defendants' Motion to Stay Arbitration in Cause No. 153-280253-15, *Stratus Anesthesia Associates Forth Worth PLLC f/k/a Ascendant Anesthesia Fort Worth, PLLC v. Aaron Shiraz, M.D. and Trinity Anesthesia Professionals,*

2153341v.1

*PLLC*, pending in the 153rd Judicial District Court of Tarrant County, Texas on December 4, 2015;

d. Planning for and attending the deposition of Aaron Shiraz in Cause No. 153-280253-15, *Stratus Anesthesia Associates Forth Worth PLLC f/k/a Ascendant Anesthesia Fort Worth, PLLC v. Aaron Shiraz, M.D. and Trinity Anesthesia Professionals, PLLC*, pending in the 153rd Judicial District Court of Tarrant County, Texas on December 9, 2015;

e. Planning for and attending depositions of Plaintiff's and Defendants' experts in Cause No. 153-280253-15, *Stratus Anesthesia Associates Forth Worth PLLC f/k/a Ascendant Anesthesia Fort Worth, PLLC v. Aaron Shiraz, M.D. and Trinity Anesthesia Professionals, PLLC*, pending in the 153rd Judicial District Court of Tarrant County, Texas on December 15 and 16, 2015; and

f. Planning for and attending arbitration in Cause No. 153-280253-15, *Stratus Anesthesia Associates Forth Worth PLLC f/k/a Ascendant Anesthesia Fort Worth, PLLC v. Aaron Shiraz, M.D. and Trinity Anesthesia Professionals, PLLC*, pending in the 153rd Judicial District Court of Tarrant County, Texas on December 19, 2015.

These and other scheduling conflicts necessitate the request for an extension.

4. Appellees therefore request that the deadline for filing their brief be extended 9 days to December 18, 2015. This is Appellees' first request for an extension on their Appellee Brief and is not sought for the purposes of delay.

**WHEREFORE, PREMISES CONSIDERED**, Appellees The Rogers Agency and C. Michael Rogers respectfully request that the Court extend the time for them to file their Appellee Brief 9 days until December 18, 2015.

2153341v.1

Respectfully Submitted,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By:  /s/ D. Craig Brinker
     D. Craig Brinker
     State Bar No. 03033200
     craig.brinker@wilsonelser.com
     Lana P. Beverly
     State Bar No. 24075377
     lana.beverly@wilsonelser.com

     901 Main Street, Suite 4800
     Dallas, Texas 75202
     (214) 698-8000
     (214) 698-1101 (Facsimile)

**ATTORNEYS FOR APPELLEES THE ROGERS AGENCY AND C. MICHAEL ROGERS**

## CERTIFICATE OF CONFERENCE

The undersigned conferred with John R. Mercy, counsel for Appellant, and Andrew Jubinsky, counsel for Appellee, New York Life Insurance Company, regarding the relief sought by this motion. Both have indicated that they are unopposed to the relief requested in this motion.

     /s/ D. Craig Brinker
     D. Craig Brinker

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2015, a true and correct copy of this motion was served electronically on the following counsel of record in accordance with the Texas Rules of Appellate Procedure:

2153341v.1

John R. Mercy
MERCY CARTER TIDWELL, L.L.P.
1724 Galleria Oaks Drive
Texarkana, Texas 75503

James A. Holmes
THE LAW OFFICE OF JAMES HOLMES, P.C.
212 South Marshall
Henderson, Texas 75624

Andrew Jubinsky
Ryan McComber
FIGARI & DAVENPORT, LLP
Bank of America Plaza
901 Main Street, Suite 3400
Dallas, Texas 75202

*/s/ D. Craig Brinker*

D. Craig Brinker

2153341v.1